**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CYNTHIA HOPSON, | **Case No.  1:15-cv-1030-DAD-EPG** |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR** |
| NEOX CLOTHING AND SHOES, NEO CATS, INC., and JMJ BROTHERS LIMITED LIABILITY COMPANY, | |
| Defendants. | |

On July 3, 2015, Plaintiff Cynthia Hopson ("Plaintiff") filed a Complaint in this action. (ECF No. 1.)  On November 17, 2015, this Court issued an order directing Plaintiff to correct deficiencies in the service of the Complaint and appear before the Court on January 20, 2016 at 9:00 a.m. for a staus conference.  (ECF No. 13.)  The order further explained that, if Defendants had answered the Complaint before the date of the status conference, the status conference would be converted to a scheduling conference and the parties would be required to file a joint scheduling report in advance of the conference.  (ECF No. 13.)

The Court held a status conference on January 20, 2016 at 9:00 a.m.  Plaintiff failed to appear for the hearing and did not file any request for a continuance or otherwise notify the Court that she would not be able to appear at the conference.  Accordingly, the Court orders that

1

Plaintiff show cause why sanctions, up to and including dismissal, should not be issued for her failure to comply with this Court's orders and for her failure to prosecute this case.

No later than **January 27, 2016**, Plaintiff is ORDERED file a written response to this Order to Show Cause indicating whether she intends to pursue this action and to explain her failure to appear at the status conference on January 20, 2016.  **Plaintiff is cautioned that failure to respond to this Order as set forth above may result in the dismissal of this action.**

IT IS SO ORDERED.

Dated:   **January 21, 2016**                        /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE