UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>   Plaintiff,<br><br>   v.<br><br>NEOX CLOTHING AND SHOES, NEO CATS, INC., and JMJ BROTHERS LIMITED LIABILITY COMPANY,<br><br>   Defendants. | Case No.  1:15-cv-1030-DAD-EPG<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR** |

On July 3, 2015, Plaintiff Cynthia Hopson ("Plaintiff") filed a Complaint in this action. (ECF No. 1.) On November 17, 2015, this Court issued an order directing Plaintiff to correct deficiencies in the service of the Complaint and appear before the Court on January 20, 2016 at 9:00 a.m. to discuss her efforts at service. (ECF No. 13.) The order further explained that, if Defendants had answered the Complaint before the date of the status conference, the status conference would be converted to a scheduling conference and the parties would be required to file a joint scheduling report in advance of the conference. (ECF No. 13.)

Plaintiff failed to appear for the hearing and did not file any request for a continuance or otherwise notify the Court that she would not be able to appear at the conference. The Court then issued an Order to Show Cause based on Plaintiff's failure to appear. (ECF No. 18.) Plaintiff has

1

now filed a response to the Order to Show Cause in the form of a declaration by Plaintiff's counsel Daniel Malakauskas.  (ECF No. 19.)  Malakauskas explains that he removed the conference from his calendar in anticipation of a motion for default judgment that he was planning on filing.  He did not file the motion, however, because he was contacted by Michael Yi, Defendants' attorney.  Malakauskas further explains that Yi requested an extension to respond to the Complaint.  Neither Malakauskas nor Yi informed the Court of:  (1) Yi's appearance in the action; or (2) the request for an extension of time to answer the Complaint.

Plaintiff's counsel is advised that compliance with court orders is not optional and that the failure to appear for a scheduled hearing or conference wastes judicial time and resources. Counsel is admonished that further violations of court rules or orders may result in the imposition of sanctions.

Based on the foregoing, the Order to Show Cause (ECF No. 18) is DISCHARGED. Plaintiff's counsel is DIRECTED to file, no later than February 5, 2016, a copy of any stipulation reached between the parties extending the time to respond to the Complaint in conformance with Local Rule 144.  The Court further SETS a scheduling conference for **March 24, 2016 at 10:00 a.m.**  The parties shall file a joint scheduling report no later than March 17, 2016.

IT IS SO ORDERED.

Dated:   **February 1, 2016**                       /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE

2