UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NEOX CLOTHING AND SHOES, and, or, NEO CATS, INCORPORATED, d/b/a NEO X CLOTHING AND SHOES, JMJ BROTHERS LIMITED LIABILITY COMPANY, and DOES 1–10, inclusive<br><br>　　　　Defendant. | No. 1:15-cv-01030-DAD-EPG<br><br>ORDER DISMISSING ACTION AND CLOSING CASE<br><br>(Doc. No. 23) |

On March 24, 2016, plaintiff filed a notice of voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. No. 23.) No responsive pleading has been filed in this action. In light of this, this case has terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and is hereby dismissed with prejudice. The court respectfully directs the Clerk of Court to close the case.

IT IS SO ORDERED.

Dated:  **March 25, 2016**　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1